UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 22-CV-24117-CMA

WINDY LUCIUS,

    Plaintiff,
v.

PDKN, LLC.,
d/b/a Bokampers Sports Bar & Grill.

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, WINDY LUCIUS, and the Defendant, PDKN, LLC., d/b/a Bokampers Sports Bar & Grill, by and through the undersigned counsel, pursuant to the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of Florida, hereby notify this Honorable Court that the Parties have reached an agreement in principle that resolves all claims that were or could have been brought in this action, subject to the execution of a Confidential Settlement Agreement. The Parties request that this Honorable Court stay all matters and pending deadlines in this action and grant the Parties sixty (60) days to finalize their written Settlement Agreement and to submit the appropriate notices and/or stipulations to the Court regarding dismissal of the Action.

Respectfully submitted on this March 1, 2023.

| | |
|---|---|
| By: */s/ J. Courtney Cunningham* | By: */s/ John P. Seiler* |
| J. Courtney Cunningham, Esq. | John P. Seiler, Esq. |
| FBN: 628166 | FBN: 776343 |
| J. COURTNEY CUNNINGHAM, PLLC | Seiler, Sautter, Zaden, Rimes & Wahlbrink |
| 8950 SW 74th Court, Suite 2201 | 2850 North Andrews Avenue |
| Miami, Florida 33156 | Ft. Lauderdale, Florida 33311 |
| T: 305-351-2014 | jseiler@sszrlaw.com |
| cc@cunninghampllc.com | lsasser@sszrlaw.com |
| legal@cunninghampllc.com | swahlbrink@sszrlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

Lucius v. PDKN, LLC.<br>Case No. 22-CV-24117-CMA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this March 1, 2023, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com
*Counsel for Plaintiff*
