UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 22-CV-24117-CMA

WINDY LUCIUS,

    Plaintiff,

v.

PDKN, LLC.,
d/b/a Bokampers Sports Bar & Grill.

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, WINDY LUCIUS, and the Defendant, PDKN, LLC, by and through the undersigned counsel, pursuant to the Federal Rules of Civil Procedure, the Local Rules of the United States District Court of the Southern District of Florida, the "Confidential Settlement Agreement and Release" executed and entered into by the parties, and this Honorable Court's "Order Administratively Closing Case" entered March 1, 2023 [DE 21], hereby stipulate to the dismissal with prejudice of this action, with each party to bear, and be solely and exclusively liable for its own attorney's fees, costs and expenses.

Respectfully submitted on this April 11, 2023.

| | |
|---|---|
| By: */s/ J. Courtney Cunningham* | By: */s/ John P. Seiler* |
| J. Courtney Cunningham, Esq. | John P. Seiler, Esq. |
| FBN: 628166 | FBN: 776343 |
| J. COURTNEY CUNNINGHAM, PLLC | Seiler, Sautter, Zaden, Rimes & Wahlbrink |
| 8950 SW 74th Court, Suite 2201 | 2850 North Andrews Avenue |
| Miami, Florida 33156 | Ft. Lauderdale, Florida 33311 |
| T: 305-351-2014 | jseiler@sszrlaw.com |
| cc@cunninghampllc.com | lsasser@sszrlaw.com |
| legal@cunninghampllc.com | swahlbrink@sszrlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

**Lucius v. PDKN, LLC.**
**Case No. 22-CV-24117-CMA**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this April 11, 2023, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: /s/ *J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com
*Counsel for Plaintiff*
